# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL, | Case No.: 3:25-cv-01916 |
| Plaintiff, | |
| v. | **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |
| EXPERIAN INFORMATION SOLUTIONS, INC. LEXISNEXIS RISK SOLUTIONS, INC., | |
| Defendants. | |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil procedure, the undersigned counsel of record for Plaintiff Niravkumar Vitthalbhai Patel ("Plaintiff") hereby certifies that the following are the names of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Plaintiff Niravkumar Vitthalbhai Patel

2. Consumer Attorneys, PLLC

3. Defendant Experian Information Solutions, Inc.

4. Defendant LexisNexis Risk Solutions, Inc.

Dated: November 17, 2025         Respectfully submitted,

**CONSUMER ATTORNEYS, PLLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*Niravkumar Vitthalbhai Patel*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on November 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Max Lukjanski*
