UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| ─────────────────────────────── x | |
| NIRAVKUMAR VITTHALBHAI PATEL, | : |
| | : |
| Plaintiff, | : Case No. 3:25-cv-01916-SVN |
| | : |
| v. | : |
| | : |
| EXPERIAN INFORMATION SOLUTIONS, | : |
| INC. and LEXISNEXIS RISK SOLUTIONS, | : |
| INC., | : DECEMBER 22, 2025 |
| | : |
| Defendants. | : |
| | : |
| | : |
| ─────────────────────────────── x | |

**NOTICE OF APPEARANCE**

TAKE NOTICE that, pursuant to Rule 5(b) of the Local Civil Rules of the United States District Court of Connecticut, the undersigned appears for defendant, LexisNexis Risk Solutions, Inc., in the above captioned case, and requests that all notices be given to, and served upon, the undersigned at the office and telephone number set forth below.

**LEXISNEXIS RISK SOLUTIONS, INC.**

**By its attorneys,**

**BY: _____ / s/ _____**
**Pierre-Yves Kolakowski (ctl3318)**
**Zeichner Ellman & Krause LLP**
**One Landmark Square, 4th Floor**
**Stamford, Connecticut 06901**
**(203) 622-0900**
**PKolakowski @zeklaw.com**