UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL,<br><br>          Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. AND LEXISNEXIS RISK SOLUTIONS, INC.<br>          Defendants. | Case No. 3:25-cv-01916-SVN |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for Defendant, Experian Information Solutions, Inc.

Dated: December 22, 2025                    Respectfully submitted,

                    /s/ Eric J. Herst (ct31399)
                    Eric J. Herst (ct31399)
                    Carmody Torrance Sandak & Hennessey LLP
                    50 Leavenworth Street
                    Waterbury, CT 06702
                    Telephone: (203) 575-2604
                    Facsimile: (203) 575-2600
                    Email: eherst@carmodylaw.com

                    *Attorney for Defendant*
                    *Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that, on December 22, 2025, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

                                                /s/ Eric J. Herst (ct31399)