UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL, | : |
| Plaintiff, | : Case No. 3:25-cv-01916-SVN |
| v. | : |
| EXPERIAN INFORMATION SOLUTIONS, INC. and LEXISNEXIS RISK SOLUTIONS, INC., | : DECEMBER 22, 2025 |
| Defendants. | : |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT LEXISNEXIS RISK SOLUTIONS, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel hereby submits the corporate disclosure statement for defendant LexisNexis Risk Solutions, Inc. ("LexisNexis Risk").

LexisNexis Risk is not a publicly owned company, nor does it own ten percent or more of the stock of any publicly owned company. LexisNexis Risk is a wholly owned subsidiary of LexisNexis Risk Holdings Inc. LexisNexis Risk Holdings Inc. is a wholly owned subsidiary of RELX Inc. RELX Inc. is a wholly owned subsidiary of RELX Overseas Holdings Limited. RELX Overseas Holdings Limited is a wholly owned subsidiary of RELX (Holdings) Limited. RELX (Holdings) Limited is a wholly owned subsidiary of RELX Group plc, which is owned by RELX PLC (LSE: REL; NYSE: RELX).

2

**LEXISNEXIS RISK SOLUTIONS, INC.**

**By its attorneys,**


**BY: _____ / s/ _____**
  **Pierre-Yves Kolakowski (ctl3318)**
  **Zeichner Ellman & Krause LLP**
  **One Landmark Square, 4th Floor**
  **Stamford, Connecticut 06901**
  **(203) 622-0900**
  **PKolakowski @zeklaw.com**