UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL, | : |
| Plaintiff, | : Case No. 3:25-cv-01916-SVN |
| v. | : |
| EXPERIAN INFORMATION SOLUTIONS, INC. and LEXISNEXIS RISK SOLUTIONS, INC., | : |
| | : DECEMBER 22, 2025 |
| Defendants. | : |

## MOTION FOR EXTENSION OF TIME

Pursuant to D.Conn.L.Civ.R. 7(b), defendant, LexisNexis Risk Solutions, Inc. ("LexisNexis Risk"), moves for a twenty-nine (29) day extension of time to January 27, 2026, in which to plead, move or otherwise respond to the Plaintiff's Complaint.

The Complaint in this action was filed on November 17, 2025 and served on LexisNexis Risk on December 8, 2025. LexisNexis Risk's response to the Complaint is due on or before December 29, 2025. Undersigned counsel for LexisNexis Risk was just engaged today and requires additional time to investigate Plaintiff's claims and prepare the appropriate response. This is the first motion for extension of time which has been filed by LexisNexis Risk. Counsel for LexisNexis Risk has contacted counsel for Plaintiff, who consents to this request.

WHEREFORE, LexisNexis Risk respectfully requests an extension of time until January 27, 2026, in which to plead, move or otherwise respond to the Plaintiff's Complaint.

2

**LEXISNEXIS RISK SOLUTIONS, INC.**

**By its attorneys,**

**BY: _____ / s/ _____**
   **Pierre-Yves Kolakowski (ctl3318)**
   **Zeichner Ellman & Krause LLP**
   **One Landmark Square, 4th Floor**
   **Stamford, Connecticut 06901**
   **(203) 622-0900**
   **PKolakowski @zeklaw.com**

2