UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL,<br><br>          Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. AND LEXISNEXIS RISK SOLUTIONS, INC.<br><br>          Defendants. | Case No. 3:25-cv-01916-SVN |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to D.Conn.L.Civ.R. 7(b), defendant, Experian Information Solutions, Inc. ("Experian"), moves for an initial twenty-one (21) day extension of time to January 20, 2026, in which to plead, move, or otherwise respond to the Plaintiff's Complaint.

The Complaint in this action was filed on November 18, 2025 and served on Experian on December 9, 2025. Experian's response to the Complaint is due on or before December 30, 2025. Undersigned counsel for Experian, who was just retained, requires additional time to investigate Plaintiff's claims and prepare the appropriate response. This is the first motion for extension of time which has been filed by Experian. Counsel for Experian has contacted counsel for Plaintiff, who consents to the granting of this request.

WHEREFORE, Experian respectfully requests an extension of time until January 20, 2026, in which to plead, move or otherwise respond to the Plaintiff's Complaint.

1

2

Dated: December 22, 2025				Respectfully submitted,

                /s/  Eric J. Herst (ct31399)
                Eric J. Herst (ct31399)
                Carmody Torrance Sandak & Hennessey LLP
                50 Leavenworth Street
                Waterbury, CT 06721-1110
                Telephone: 203-575-2604
                Fax: 203-575-2600
                EHerst@carmodylaw.com

                *Attorney for Defendant*
                *Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that, on December 22, 2025, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

                /s/ Eric J. Herst (ct31399)