UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. AND LEXISNEXIS RISK SOLUTIONS, INC.<br><br>    Defendants. | Case No. 3:25-cv-01916-SVN |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Amanda Price, who is admitted *pro hac vice* to practice in this Court, hereby enters her appearance in this matter as counsel for Defendant Experian Information Solutions, Inc.

Dated: January 12, 2026

Respectfully submitted,

/s/*Amanda C. Price*
Amanda C. Price
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: 216.586.0641
aprice@jonesday.com
*Counsel for Defendant,*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that, on January 12, 2026, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

*/s/ Amanda Price*

4909-5640-3847, v. 1