# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 3:25-cv-01916-SVN |

## SUMMONS RETURNED EXECUTED AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Niravkumar Vitthalbhai Patel has served upon Defendant Experian Information Solutions, Inc. copies of the following documents:

1) Summons;

2) Complaint;

3) Civil Cover Sheet;

4) Plaintiff's Corporate Disclosure Statement;

5) Notice of Case Assignment to District Judge Sarala V. Nagala;

6) Order on Pretrial Deadlines;

7) Electronic Filing Order for Counsel;

8) Standing Protective Order;

9) Notice of Option to Consent to Magistrate Judge Jurisdiction;

10) Notice to Counsel and Litigants Regarding AI-Assisted Research;

11) Notice to Counsel/Self-Represented Parties.

Attached hereto is a copy of the Proof of Service.

| | |
|---|---|
| Dated: January 21, 2026 | Respectfully submitted, |

**CONSUMER ATTORNEYS PLLC**

<u>*/s/ Emanuel Kataev, Esq.*</u>
Emanuel Kataev, Esq.
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*Niravkumar Vitthalbhai Patel*

# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**NIRAVKUMAR VITTHALBHAI PATEL,**

V.  **SUMMONS IN A CIVIL CASE**

**EXPERIAN INFORMATION SOLUTIONS, INC,
ET AL.,**

CASE NUMBER: **3:25–CV–01916–SVN**

TO: **Experian Information Solutions, Inc**
Defendant's Address:
c/o C T Corporation System
330 North Brand Boulevard
Glendale, California 91203

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Emanuel Kataev
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – A D Gaskins

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2025–11–18 17:16:09**, Clerk USDC CTD

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>*Telephone No:* 718-412-2421<br><br>*Attorney for:* Plaintiff(s) | *For Court Use Only* |
| *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - District of Connecticut

*Plaintiff(s):* Niravkumar Vitthalbhai Patel
*Defendant:* Experian Information Solutions, Inc., et al.

| **PROOF OF SERVICE**<br>**Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>25cv01916SVN |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiff's Corporate Disclosure Statement; Notice of Case Assignment to District Judge Sarala V. Nagala; Order on Pretrial Deadlines; Electronic Filing Order for Counsel; Standing Protective Order; Notice of Option to Consent to Magistrate Judge Jurisdiction; Notice to Counsel and Litigants Regarding AI-Assisted Research; Notice to Counsel/Self-Represented Parties.

3. a. Party served: Experian Information Solutions, Inc
   b. Person served: John Montijo, Authorized Agent, Hispanic, Male, 30-40 Years Old, Black Hair, 5 Feet 8 Inches, 160-175 Pounds

4. Address where the party was served: C T Corporation System
   330 N. Brand Blvd.
   Suite 700
   Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Dec. 09, 2025 (2) at: 10:15AM

7. **Person Who Served Papers:** Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Karapet Arakelyan
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2021078550
      (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Fri, Dec. 12, 2025

   (Karapet Arakelyan)

| | | |
|---|---|---|
| **Judicial Council Form**<br>**Rule 2.150.(a)&(b) Rev January 1, 2007** | PROOF OF SERVICE<br>Summons/Complaint | *emkat.289512* |