## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL, | Case No.: 3:25-cv-01916-SVN |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC. LEXISNEXIS RISK SOLUTIONS INC., | |
| Defendants. | |

## <u>SUMMONS RETURNED EXECUTED AS TO DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.</u>

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Niravkumar Vitthalbhai Patel has served upon Defendant LexisNexis Risk Solutions Inc. copies of the following documents:

1) Summons

2) Complaint

3) Civil Cover Sheet

4) Plaintiff's Corporate Disclosure Statement;

5) Notice of Case Assignment to District Judge Sarala V. Nagala;

6) Order on Pretrial Deadlines;

7) Electronic Filing Order for Counsel;

8) Standing Protective Order;

9) Notice of Option to Consent to Magistrate Judge Jurisdiction;

10) Notice to Counsel and Litigants Regarding AI-Assisted Research;

11) Notice to Counsel/Self-Represented Parties.

Attached hereto is a copy of the Affidavit of Service.

Dated: January 21, 2026

Respectfully submitted,

**CONSUMER ATTORNEYS PLLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*Niravkumar Vitthalbhai Patel*

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**NIRAVKUMAR VITTHALBHAI PATEL,**

V.                                   **SUMMONS IN A CIVIL CASE**

**EXPERIAN INFORMATION SOLUTIONS, INC,**
**ET AL.,**

CASE NUMBER: **3:25–CV–01916–SVN**


TO: **LexisNexis Risk Solutions, Inc.**
Defendant's Address:
C T Corporation Systemÿ
289 S Culver Stÿ
Lawrenceville, GA, 30046-4805


A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Emanuel Kataev**
**Sage Legal LLC**
**18211 Jamaica Avenue**
**Jamaica, NY 11423**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


**/s/ – A D Gaskins**
_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2025–11–18 17:17:57**, Clerk USDC CTD

| Attorney or Party without Attorney:<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>Telephone No: 718-412-2421 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff(s) | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District of Connecticut | | | | |
| Plaintiff(s): Niravkumar Vitthalbhai Patel | | | | |
| Defendant: Experian Information Solutions, Inc., et al. | | | | |

| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>25CV01916SVN |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiff's Corporate Disclosure Statement; Notice of Case Assignment to District Judge Sarala V. Nagala; Order on Pretrial Deadlines; Electronic Filing Order for Counsel; Standing Protective Order; Notice of Option to Consent to Magistrate Judge Jurisdiction; Notice to Counsel and Litigants Regarding AI-Assisted Research; Notice to Counsel/Self-Represented Parties.

| | |
|---|---|
| 3. a. *Party served:* | LexisNexis Risk Solutions, Inc. |
| b. *Person served:* | Jillian Holcomb, Authorized Agent, Caucasian, Female, 20-30 Years Old, Brown Hair, 5 Feet 6 Inches, 160 Pounds |
| 4. *Address where the party was served:* | C T Corporation<br>289 S. Culver Street<br>Lawrenceville, GA 30046 |

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Dec 08, 2025 (2) at: 2:15PM

**7. *Person Who Served Papers:***                          *Fee for Service:*
   a. Chris Stanton
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

**8. *I declare under penalty of perjury under the laws of the State of GEORGIA and under the laws of the United States Of America that the foregoing is true and correct.***

AFFIDAVIT OF SERVICE<br>Summons/Complaint                     (Chris Stanton)        *emkat.289511*
