**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL, | Case No. 3:25-cv-01916-SVN |
| Plaintiff, | **DEFENDANT EXPERIAN** |
| v. | **INFORMATION SOLUTIONS INC.'S** |
| | **ANSWER AND AFFIRMATIVE** |
| EXPERIAN INFORMATION | **DEFENSES** |
| SOLUTIONS, INC., and LEXISNEXIS | |
| RISK SOLUTIONS, INC., | |
| Defendants. | |

<u>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.'S ANSWER TO**</u>
<u>**PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES**</u>[1]

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, hereby answers Plaintiff Niravkumar Vitthalbhai Patel's ("Plaintiff") Complaint (the "Complaint") as follows:

Experian admits that Plaintiff's pleading purports to be a complaint for violations of the Fair Credit Reporting Act ("FCRA") but denies that Experian violated the FCRA. Experian denies, generally and specifically, any and all allegations in the Complaint not specifically admitted in the paragraphs below. Experian states that it lacks knowledge or information sufficient to form a belief about the truth or falsity of any and all allegations as they relate to any other defendant or the actions of third parties and therefore denies the same. Experian further states that its investigation of the present matter is ongoing. Accordingly, Experian reserves the right to amend this Answer. Experian's specific responses to the numbered allegations are set forth below:

---

1 For ease of reference, and to facilitate review, Experian has incorporated into its Answer and Affirmative Defenses the headings used by Plaintiff in the Complaint. In doing so, however, Experian does not adopt, either expressly or by implication, the statements contained in those headings.

**PARTIES**

1.      In response to Paragraph 1 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

2.      In response to Paragraph 2 of the Complaint, Experian admits that it is a corporation with a principal place of business located at 475 Anton Boulevard, Costa Mesa, CA 92626 and that is authorized to do business in the State of Connecticut, including this District. Except as expressly admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 2 of the Complaint.

3.      In response to Paragraph 3 of the Complaint, Experian admits that it is a "consumer reporting agency" as defined 15 U.S.C. § 1681a(f).  Except as expressly admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 3 of the Complaint.

4.      In response to Paragraph 4 of the Complaint, Experian admits that it issues "consumer reports" as defined by 15 U.S.C. § 1681a(d).  Except as expressly admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 4 of the Complaint.

5.      In response to Paragraph 5 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

6.      In response to Paragraph 6 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

7.      In response to Paragraph 7 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## JURISDICTION AND VENUE

8.      In response to Paragraph 8 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p,  Experian states that this is a legal conclusion which is not subject to denial or admission.

9.      In response to Paragraph 9 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction pursuant to 28 U.S.C § 1391(b)(2)   Experian states that this is a legal conclusion which is not subject to denial or admission.

10.      In response to Paragraph 10, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 10 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and

every such allegation.

11.    In response to Paragraph 11, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 11 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

12.    In response to Paragraph 12 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

13.    In response to Paragraph 13 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

14.    In response to Paragraph 14 of the Complaint, Experian admits only that it sent dispute results to an individual purporting to be Plaintiff to an address in Connecticut. As to the remaining allegations in Paragraph 14, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

15.    In response to Paragraph 15, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 15

that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

## FACTS

### Plaintiff's Incorrect & Inaccurate Status as Deceased

16.     In response to Paragraph 16 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

17.     In response to Paragraph 17 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

18.     In response to Paragraph 18 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

19.     In response to Paragraph 19 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

20.     In response to Paragraph 20 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

21.     In response to Paragraph 21 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22.     In response to Paragraph 22 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

23.     In response to Paragraph 23 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

24.     In response to Paragraph 24 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

25.     In response to Paragraph 25 of the Complaint, Experian states that it does not have

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

26.     In response to Paragraph 26 of the Complaint, Experian states that it received a phone call from an individual purporting to be Plaintiff on May 13, 2025. As to the remaining allegations in Paragraph 26, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein

27.     In response to Paragraph 27 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28.     In response to Paragraph 28 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

29.     In response to Paragraph 29 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30.     In response to Paragraph 30, Experian denies, generally and specifically, each and every allegation contained therein.

31.     In response to Paragraph 31 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

32.     In response to Paragraph 32 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

33.     In response to Paragraph 33 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Plaintiff's June 2025 Dispute to Defendant Experian**

34.     In response to Paragraph 34 of the Complaint, Experian admits only that it received correspondence from an individual purporting to be Plaintiff dated June 9, 2025. As to the remaining allegations in Paragraph 34, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35.     In response to Paragraph 35 of the Complaint, Experian admits only that it received

correspondence from an individual purporting to be Plaintiff dated June 9, 2025 and that the individual wrote, "I am reported as dead. However, can assure you that I am very much alive." As to the remaining allegations in Paragraph 35, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

36.     In response to Paragraph 36 of the Complaint, Experian admits only that it received correspondence from an individual purporting to be Plaintiff dated June 9, 2025 and that in that correspondence the individual requested an investigation as to the disputed information.  As to the remaining allegations in Paragraph 36, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

37.     In response to Paragraph 37 of the Complaint, Experian admits only that it sent a dispute result letter to an individual purporting to be Plaintiff that was  dated June 24, 2025. As to the remaining allegations in Paragraph 37, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38.     In response to Paragraph 38 of the Complaint, Experian admits only that it sent a dispute result letter to an individual purporting to be Plaintiff that was dated June 24, 2025 and that letter contained dispute results.  Experian denies that Plaintiff's file contained a deceased remark. Except as expressly admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 38 of the Complaint.

**Plaintiff's Mixed Credit File with LexisNexis**

39.     In response to Paragraph 39 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40.     In response to Paragraph 40 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

41.     In response to Paragraph 41 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

42.     In response to Paragraph 42 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

43.     In response to Paragraph 43 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

44.     In response to Paragraph 44 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

45.     In response to Paragraph 45 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

46.     In response to Paragraph 46 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

47.     In response to Paragraph 47 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

48.     In response to Paragraph 48 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

49.     In response to Paragraph 49 of the Complaint, Experian states that it does not have

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

50.     In response to Paragraph 50 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

51.     In response to Paragraph 51 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

52.     In response to Paragraph 52 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

53.      In response to Paragraph 53 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

54.     In response to Paragraph 54 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

55.    In response to Paragraph 55 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## Plaintiff's July 2025 Dispute to Defendant LexisNexis and Defendant LexisNexis's Unreasonable Dispute Reinvestigation

56.    In response to Paragraph 56 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

57.    In response to Paragraph 57 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

58.    In response to Paragraph 58 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

59.    In response to Paragraph 59 of the Complaint, Experian states that it does not have

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

60.     In response to Paragraph 60 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

61.     In response to Paragraph 61 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

62.     In response to Paragraph 62 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

63.     In response to Paragraph 63 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

64.     In response to Paragraph 64 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

65.      In response to Paragraph 65 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

66.      In response to Paragraph 66 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

67.      In response to Paragraph 67 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

68.      In response to Paragraph 68 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

69.      In response to Paragraph 69 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained

therein.

70.     In response to Paragraph 70 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

71.     In response to Paragraph 71 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

72.     In response to Paragraph 72 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

73.     In response to Paragraph 73 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

74.     In response to Paragraph 74 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 74 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies,

generally and specifically, each and every such allegation.

75.     In response to Paragraph 75 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 75 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

76.     In response to Paragraph 76 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein

77.     In response to Paragraph 77 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 77 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

78.     In response to Paragraph 78 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 78 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

79.     In response to Paragraph 79 of the Complaint, Experian denies, generally and

specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 79 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

80.     In response to Paragraph 80 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 80 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

81.     In response to Paragraph 81 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 81 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

82.     In response to Paragraph 82 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 82 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

83.     In response to Paragraph 83 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

84.     In response to Paragraph 84 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 84 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

85.     In response to Paragraph 85 of the Complaint, Experian states it lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

86.     In response to Paragraph 86 of the Complaint, Experian states it lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

## CLAIMS FOR RELIEF

### COUNT I

### 15 U.S.C. § 1681e(b)

### Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy

### Against all Defendants

87.     Experian reincorporates its preceding answers as if stated herein.

88.     In response to Paragraph 88 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 88 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies,

generally and specifically, each and every such allegation.

89.     In response to Paragraph 89 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian denies that Plaintiff is entitled to relief under 15 U.S.C. § 1681n. As to the allegations in Paragraph 89 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

90.     In response to Paragraph 90 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian denies that Plaintiff is entitled to relief under 15 U.S.C. § 1681o. As to the allegations in Paragraph 90 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

91.     In response to Paragraph 91 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian denies that Plaintiff is entitled to relief under 15 U.S.C. § 1681n and/or § 1681o. As to the allegations in Paragraph 91 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

**COUNT II**

**15 U.S.C. § 1681i**

**Failure to Perform a Reasonable Reinvestigation**

**Against all Defendants**

92.    Experian reincorporates the preceding answers as if stated herein.

93.    In response to Paragraph 93 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 93 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

94.    In response to Paragraph 94 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian denies that Plaintiff is entitled to relief under 15 U.S.C. § 1681n. As to the allegations in Paragraph 94 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

95.    In response to Paragraph 95 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian denies that Plaintiff is entitled to relief under 15 U.S.C. § 1681o. As to the allegations in Paragraph 95 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

96.     In response to Paragraph 96 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian denies that Plaintiff is entitled to relief under 15 U.S.C. § 1681n and/or § 1681o. As to the allegations in Paragraph 96 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

## COUNT III

### 15 U.S.C. § 1681b(a)

### Furnishing a Credit Report Without a Permissible Purpose

### Against all Defendants

97.     Experian reincorporates the preceding answers as if stated herein.

98.     In response to Paragraph 98 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in Paragraph 98 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

99.     In response to Paragraph 99 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian denies that Plaintiff is entitled to relief under 15 U.S.C. § 1681n. As to the allegations in Paragraph 99 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

100.    In response to Paragraph 100 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian denies that Plaintiff is entitled to relief under 15 U.S.C. § 1681o. As to the allegations in Paragraph 100 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

101.    In response to Paragraph 101 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian denies that Plaintiff is entitled to relief under 15 U.S.C. § 1681n and/or § 1681o. As to the allegations in Paragraph 101 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, denies, generally and specifically, each and every such allegation.

## PRAYER FOR RELIEF

In response to the unnumbered paragraph beginning with the word "WHEREFORE," including all subparts, Experian denies, generally and specifically, each and every allegation therein and further denies that Plaintiff is entitled to any relief. As to the allegations in the unnumbered paragraph beginning with the word "WHEREFORE," including all subparts, that relate to the other defendants, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of the unnumbered paragraph beginning with the word "WHEREFORE," including all subparts.

## DEMAND FOR JURY TRIAL

In response to the paragraph titled "JURY TRIAL DEMANDED," Experian admits that Plaintiff has demanded trial by jury on all issues triable.

\*\*\*

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

### FIRST AFFIRMATIVE DEFENSE

### (STATUTES OF LIMITATIONS AND REPOSE)

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the applicable statutes of limitation and repose, including but not limited to 15 U.S.C. § 1681p.

### SECOND AFFIRMATIVE DEFENSE

### (TRUTH/ACCURACY OF INFORMATION)

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

### THIRD AFFIRMATIVE DEFENSE

### (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate his damages.

### FOURTH AFFIRMATIVE DEFENSE

### (LACHES)

The Complaint and each claim for relief therein are barred by laches.

### FIFTH AFFIRMATIVE DEFENSE

### (CONTRIBUTORY/COMPARATIVE FAULT)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff himself and/or third parties and resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## SIXTH AFFIRMATIVE DEFENSE

## (ESTOPPEL)

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff.  Therefore, Plaintiff is estopped and barred from recovery of any damages.

## SEVENTH AFFIRMATIVE DEFENSE

## (UNCLEAN HANDS)

The Complaint and each claim for relief therein that seeks equitable relief are barred by the doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE

## (IMMUNITY)

All claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

## NINTH AFFIRMATIVE DEFENSE

## (ARBITRATION)

Experian alleges on information and belief that Plaintiff's claims may be the subject of an arbitration agreement between Plaintiff and Experian.

Dated: January 27, 2026                          Respectfully submitted,


                                                 By: *Amanda C. Price*
                                                     Amanda C. Price *admitted pro hac vice*
                                                     acprice@jonesday.com
                                                     JONES DAY
                                                     North Point
                                                     901 Lakeside Avenue
                                                     Cleveland, OH  44114.1190
                                                     Telephone:       +1.216.586.3939
                                                     Facsimile:       +1.216.579.0212

                                                     s/ *Eric J. Herst*  (ct31399)
                                                     Eric J. Herst
                                                     Carmody Torrance Sandak & Hennessy
                                                     LLP
                                                     50 Leavenworth Street
                                                     Waterbury, CT 06702
                                                     Telephone:  (203) 573-1200
                                                     Facsimile:  (203) 575-2600
                                                     eherst@carmodylaw.com


                                                     *Attorneys for Defendant*
                                                     *Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Amanda C. Price hereby certify that on January 27, 2026, I caused the foregoing

EXPERIAN INFORMATION SOLUTIONS, INC'S ANSWER AND DEFENSES to be filed

with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF

system.


Dated: January 27, 2026


          *s/ Amanda C. Price*
           Amanda C. Price