**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and LEXISNEXIS RISK SOLUTIONS INC.,<br><br>Defendants. | Case No. 3:25-cv-01916<br><br><br><br><br>January 27, 2026 |

**ANSWER AND AFFIRMATIVE DEFENSES**

Defendant LexisNexis Risk Solutions, Inc. ("LNRS"), by and through its undersigned counsel, hereby responds to the Complaint of Plaintiff Nira Vkumar Vitthalbhai Patel, ("Plaintiff") filed on November 17, 2025. LNRS denies all allegations in the Complaint except as specifically admitted below. To the extent that the headings in the Complaint, repeated herein solely for ease of reference, contain factual or legal averments, LNRS denies such averments.

**PARTIES**

1. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them. LNRS also notes that the allegations of this paragraph of the Complaint include a legal conclusion as to which no response is required and otherwise denies such legal conclusions.

2. LNRS states that this paragraph of the Complaint relates to a party unrelated to it or the claims asserted against it and therefore no response is required. To the extent a response is required, LNRS states that it currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies

them. LNRS also states that the allegations of this paragraph of the Complaint include legal conclusions as to which no response is required and otherwise denies such legal conclusions.

3. LNRS states that this paragraph of the Complaint relates to a party unrelated to it or the claims asserted against it and therefore no response is required. To the extent a response is required, LNRS states that it currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them. LNRS also states that the allegations of this paragraph of the Complaint include a legal conclusion as to which no response is required and otherwise denies such legal conclusions.

4. LNRS states that this paragraph of the Complaint relates to a party unrelated to it or the claims asserted against it and therefore no response is required. To the extent a response is required, LNRS states that it currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them. LNRS also states that the allegations of this paragraph of the Complaint include legal conclusions as to which no response is required and otherwise denies such legal conclusions.

5. LNRS admits the allegations of this paragraph of the Complaint.

6. LNRS states that the allegations of this paragraph of the Complaint constitute a legal conclusion as to which no response is required and otherwise denies the allegations of this paragraph of the Complaint.

7. LNRS states that the allegations of this paragraph of the Complaint constitute legal conclusions as to which no response is required, and refers the Court to the relevant provisions of the FCRA for their proper interpretation and otherwise denies the allegations of this paragraph of the Complaint as overly broad in connection with the allegations of the Complaint below relating to LNRS.

**JURISDICTION AND VENUE**

8. LNRS states that the allegations of this paragraph of the Complaint constitute legal conclusions as to which no response is required and otherwise denies them.

9. LNRS states that the allegations of this paragraph of the Complaint constitute legal conclusions as to which no response is required and otherwise denies them.

10. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

11. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

12. LNRS states that this paragraph of the Complaint appears to relate to a party unrelated to it or the claims asserted against it and therefore no response is required. To the extent a response is required, LNRS states that it currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

13. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

14. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them except admits that LNRS sent letters to Plaintiff addressed to a Connecticut address.

15. LNRS states that it does not understand what Plaintiff is seeking to communicate here and otherwise denies the allegations of this paragraph of the Complaint.

## FACTS

### Plaintiff's Incorrect & Inaccurate Status as Deceased

16. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

17. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

18. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

19. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

20. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

21. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

22. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

23. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

24. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

25. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

26. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

27. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

28. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

29. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

30. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

31. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

32. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

33. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

**Plaintiff's June 2025 Dispute to Defendant Experian**

34. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

35. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

36. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

37. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

38. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

**Plaintiff's Mixed Credit File with LexisNexis**

39. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

40. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them except admits that it sent Plaintiff a consumer disclosure document on or about the stated date.

41. LNRS denies knowledge or information sufficient to form a belief as to the truth of any remaining allegations in this paragraph of the Complaint and on that basis denies them.

42. The allegations contained in this paragraph of the Complaint appear to refer to a specific document which speaks for itself. To the extent that the allegations in this paragraph vary from the text of the document itself, LNRS denies them. LNRS denies knowledge or information sufficient to form a belief as to the truth of any remaining allegations in this paragraph of the Complaint and on that basis denies them.

43. The allegations contained in this paragraph of the Complaint appear to refer to a specific document which speaks for itself. To the extent that the allegations in this paragraph vary from the text of the document itself, LNRS denies them. LNRS denies knowledge or information sufficient to form a belief as to the truth of any remaining allegations in this paragraph of the Complaint and on that basis denies them.

44. The allegations contained in this paragraph of the Complaint appear to refer to a specific document which speaks for itself. To the extent that the allegations in this paragraph vary from the text of the document itself, LNRS denies them. LNRS denies knowledge or

information sufficient to form a belief as to the truth of any remaining allegations in this paragraph of the Complaint and on that basis denies them.

45. The allegations contained in this paragraph of the Complaint appear to refer to a specific  document which speaks for itself. To the extent that the allegations in this paragraph vary from the text of the document itself, LNRS denies them. LNRS denies knowledge or information sufficient to form a belief as to the truth of any remaining allegations in this paragraph of the Complaint and on that basis denies them.

46. The allegations contained in this paragraph of the Complaint appear to refer to a specific document which speaks for itself. To the extent that the allegations in this paragraph vary from the text of the document itself, LNRS denies them. LNRS denies knowledge or information sufficient to form a belief as to the truth of any remaining allegations in this paragraph of the Complaint and on that basis denies them.

47. The allegations contained in this paragraph of the Complaint appear to refer to a specific document which speaks for itself. To the extent that the allegations in this paragraph vary from the text of the document itself, LNRS denies them. LNRS denies knowledge or information sufficient to form a belief as to the truth of any remaining allegations in this paragraph of the Complaint and on that basis denies them.

48. The allegations contained in this paragraph of the Complaint appear to refer to a specific document which speaks for itself. To the extent that the allegations in this paragraph vary from the text of the document itself, LNRS denies them. LNRS denies knowledge or information sufficient to form a belief as to the truth of any remaining allegations in this paragraph of the Complaint and on that basis denies them.

49. The allegations contained in this paragraph of the Complaint appear to refer to a specific document which speaks for itself. To the extent that the allegations in this paragraph vary from the text of the document itself, LNRS denies them. LNRS denies knowledge or information sufficient to form a belief as to the truth of any remaining allegations in this paragraph of the Complaint and on that basis denies them.

50. The allegations contained in this paragraph of the Complaint appear to refer to a specific document which speaks for itself. To the extent that the allegations in this paragraph vary from the text of the document itself, LNRS denies them. LNRS denies knowledge or information sufficient to form a belief as to the truth of any remaining allegations in this paragraph of the Complaint and on that basis denies them.

51. The allegations contained in this paragraph of the Complaint appear to refer to a specific document which speaks for itself. To the extent that the allegations in this paragraph vary from the text of the document itself, LNRS denies them. LNRS denies knowledge or information sufficient to form a belief as to the truth of any remaining allegations in this paragraph of the Complaint and on that basis denies them.

52. The allegations contained in this paragraph of the Complaint appear to refer to a specific reporting" document which speaks for itself. To the extent that the allegations in this paragraph vary from the text of the document itself, LNRS denies them. LNRS denies knowledge or information sufficient to form a belief as to the truth of any remaining allegations in this paragraph of the Complaint and on that basis denies them.

53. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

54. LNRS denies the allegations of this paragraph of the Complaint.

55. LNRS denies the allegations of this paragraph of the Complaint.

### Plaintiff's July 2025 Dispute to Defendant LexisNexis and Defendant LexisNexis's Unreasonable Dispute Reinvestigation.

56. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint, and on that basis denies them.

57. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint, and on that basis denies them.

58. LNRS admits that Plaintiff included certain documents with his dispute and otherwise states that it currently lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint, and on that basis denies them.

59. The allegations contained in this paragraph of the Complaint appear to refer to a specific document which speaks for itself.  To the extent that the allegations in this paragraph vary from the text of the document itself, LNRS denies them.

60. LNRS admits that it sent Plaintiff a consumer disclosure report on or about August 1, 2025, and otherwise denies the remaining allegations of this paragraph of the Complaint.

61. The allegations contained in this paragraph of the Complaint appear to refer to a specific document which speaks for itself. To the extent that the allegations in this paragraph vary from the text of the document itself, LNRS denies them. LNRS denies knowledge or information sufficient to form a belief as to the truth of any remaining allegations in this paragraph of the Complaint and on that basis denies them.

62. The allegations contained in this paragraph of the Complaint appear to refer to a specific document which speaks for itself. To the extent that the allegations in this paragraph vary from the text of the document itself, LNRS denies them. LNRS denies knowledge or information sufficient to form a belief as to the truth of any remaining allegations in this paragraph of the Complaint and on that basis denies them.

63. LNRS denies the allegations of this paragraph of the Complaint.

64. LNRS denies the allegations of this paragraph of the Complaint.

65. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

66. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

67. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

68. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

69. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

70. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

71. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

72. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

73. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

74. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

75. LNRS denies the allegations in this paragraph of the Complaint.

76. LNRS denies the allegations in this paragraph of the Complaint.

77. LNRS denies the allegations in this paragraph of the Complaint.

78. LNRS denies the allegations in this paragraph of the Complaint.

79. LNRS denies the allegations in this paragraph of the Complaint.

80. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

81. LNRS denies the allegations in this paragraph of the Complaint.

82. LNRS denies the allegations in this paragraph of the Complaint.

83. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

84. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

85. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

86. LNRS currently lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of the Complaint, and on that basis denies them.

## CLAIMS FOR RELIEF

### COUNT I

### 15 U.S.C. § 1681e(b)
### Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy Against all Defendants

87. In response to this paragraph of the Complaint, LNRS realleges and incorporates by reference each preceding paragraph of this answer as if fully set forth herein.

88. LNRS denies the allegations in this paragraph of the Complaint.

89. LNRS denies the allegations in this paragraph of the Complaint.

90. LNRS denies the allegations in this paragraph of the Complaint.

91. LNRS denies the allegations in this paragraph of the Complaint.

### COUNT II

### 15 U.S.C. § 1681i
### Failure to Perform a Reasonable Reinvestigation Against all Defendants

92. In response to this paragraph of the Complaint, LNRS realleges and incorporates by reference each preceding paragraph of this answer as if fully set forth herein.

93. LNRS denies the allegations in this paragraph of the Complaint.

94. LNRS denies the allegations in this paragraph of the Complaint.

95. LNRS denies the allegations in this paragraph of the Complaint.

96. LNRS denies the allegations in this paragraph of the Complaint.

### COUNT III

### 15 U.S.C. § 1681b(a)
### Furnishing a Credit Report Without a Permissible Purpose Against all Defendants

97. In response to this paragraph of the Complaint, LNRS realleges and incorporates by reference each preceding paragraph of this answer as if fully set forth herein.

98. LNRS denies the allegations in this paragraph of the Complaint.

99. LNRS denies the allegations in this paragraph of the Complaint.

100. LNRS denies the allegations in this paragraph of the Complaint t.

101. LNRS denies the allegations in this paragraph of the Complaint.

## PRAYER FOR RELIEF AND DEMAND FOR JURY TRIAL

LNRS states that no response to the allegations contentions of this section of the Complaint is necessary as they consist solely of legal conclusions, and otherwise denies the allegations of this paragraph of the Complaint except admits that Plaintiff purports to seek certain relief and to request a trial by jury.

## AFFIRMATIVE DEFENSES

1. Without admitting any of the allegations of the Complaint and without admitting or acknowledging that LNRS bears any burden of proof as to any of them, and expressly making no representations directly or indirectly regarding that issue, LNRS asserts the following affirmative defenses. LNRS intends to rely upon any additional defenses that become available or apparent during pretrial proceedings and discovery in this action and reserves the right to amend this answer to assert such further defenses.

## FIRST AFFIRMATIVE DEFENSE

2. The Complaint fails to state any claim upon which relief can be granted against LNRS.

## SECOND AFFIRMATIVE DEFENSE

3. The Complaint fails to the extent Plaintiff's claims are barred because LNRS is immune under the Communications Decency Act, 47 U.S.C. § 230 et seq., or Plaintiff's claims are otherwise preempted.

### THIRD AFFIRMATIVE DEFENSE

4. Plaintiff failed to take reasonable steps to protect herself from the damage, if any, alleged in the Complaint and failed to mitigate any such alleged damage.

### FOURTH AFFIRMATIVE DEFENSE

5. Plaintiff's alleged damages, if any, are speculative or uncertain and therefore not compensable.

### FIFTH AFFIRMATIVE DEFENSE

6. LNRS is informed and believes and thereon alleges damages sustained by Plaintiff were, in whole or in part, caused by the actions of Plaintiff and resulted from Plaintiff's own negligence and misconduct, which equaled or exceeded any alleged negligence or wrongdoing by LNRS.

### SIXTH AFFIRMATIVE DEFENSE

7. Plaintiff is estopped from asserting any claim for damages against LNRS and is otherwise barred by the doctrines of waiver and estoppel.

### SEVENTH AFFIRMATIVE DEFENSE

8. Plaintiff's alleged damages, if any, are the result of acts, errors, and omissions of third parties not controlled by LNRS, or are the result of Plaintiff's own acts, errors, and omissions.

### EIGHTH AFFIRMATIVE DEFENSE

9. Plaintiff's claims are barred, in whole or in part, to the extent she lacks injury or damages, whether actual, presumed, or otherwise.

### NINTH AFFIRMATIVE DEFENSE

10. Plaintiff's Complaint fails to the extent it does not allege facts sufficient to merit a recovery of actual damages, statutory damages, punitive damages, interest, attorney's fees, costs, or any other relief.

### TENTH AFFIRMATIVE DEFENSE

11. Any recovery Plaintiff receives is subject to a set off if any damages are awarded against LNRS, in the amount of any damages or settlement amounts recovered by Plaintiff with respect to the same alleged damages. LNRS is also entitled to have any damages that may be awarded to Plaintiff reduced by the value of any benefit or payment to Plaintiff from any collateral source.

### ELEVENTH AFFIRMATIVE DEFENSE

12. Plaintiff's claims are barred to the extent they fall outside the applicable statute of limitations or similar equitable doctrines including but not limited to laches.

### TWELVTH AFFIRMATIVE DEFENSE

13. Plaintiff's claims are barred as matters of law by the doctrines of res judicata or collateral estoppel.

### THIRTEENTH AFFIRMATIVE DEFENSE

14. LNRS reserves the right to serve additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

Dated: January 27, 2026  ZEICHNER ELLMAN & KRAUSE LLP

By: */s/ Pierre-Yves Kolakowski*
Pierre-Yves Kolakowski (ct13318)
One Landmark Square, 4th Floor
Stamford, Connecticut 06901
Telephone: (203) 622-0900
Email: PKolakowski @zeklaw.com
*Attorney for Defendant LexisNexis Risk Solutions, Inc.*