**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL, | Case No.: 3:25-cv-1916 (SVN) |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC. LEXISNEXIS RISK SOLUTIONS INC., | |
| Defendants. | |

## <u>NOTICE OF SETTLEMENT AS TO DEFENDANT</u>
## <u>LEXISNEXIS RISK SOLUTIONS INC. ONLY</u>

**NOTICE IS HEREBY GIVEN** that Plaintiff Niravkumar Vitthalbhai Patel and Defendant LexisNexis Risk Solutions Inc. ("LNRS"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant LexisNexis Risk Solutions Inc. only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: February 3, 2026

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*Niravkumar Vitthalbhai Patel*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

By: *<u>/s/ Emanuel Kataev</u>*
Emanuel Kataev, Esq.