AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| NIRAVKUMAR VITTHALBHAI PATEL, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:25-cv-01916-SVN |
| EXPERIAN INFORMATION SOLUTIONS, INC. LEXISNEXIS RISK SOLUTIONS INC., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Niravkumar Vitthalbhai Patel   .

Date:   02/12/2026

/s/ Noah Kane
*Attorney's signature*

Noah Kane, NY Bar # 6009682
*Printed name and bar number*

68-29 Main Street
Flushing, NY 11367

*Address*

nkane@consumerattorneys.com
*E-mail address*

(518) 375-3963
*Telephone number*

(718) 247-8020
*FAX number*