**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL, | Case No.: 3:25-cv-01916 (SVN) |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., and LEXISNEXIS RISK SOLUTIONS INC., | |
| Defendants. | |

**JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT**
**WITH DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.**

Pursuant to the Court's Order [Dkt. No. 29] entered on February 4, 2026, and Court's Order [Dkt. No. 35] entered April 2, 2026, Plaintiff Niravkumar Vitthalbhai Patel ("Plaintiff") and Defendant LexisNexis Risk Solutions Inc. ("LexisNexis Risk") (collectively, the "Parties") by and through their undersigned counsel, respectfully submit this Joint Status Report.

Plaintiff filed a Notice of Settlement for LexisNexis on February 3, 2026 (ECF No. 28).

The Parties have diligently documented their settlement and expect that they will be able to fully perform the settlement terms (including a stipulated dismissal of LexisNexis) within thirty (30) days after the current April 6, 2026, deadline.

Therefore, the Parties stipulate and request that the Court extend the deadline to file a Stipulation of Dismissal with Prejudice as to Defendant LexisNexis Risk to May 6, 2026.

RESPECTFULLY SUBMITTED on April 3, 2026.

| | |
|---|---|
| **ZEICHNER ELLMAN & KRAUSE LLP** | **CONSUMER ATTORNEYS PLLC** |
| *By: /s/ Pierre-Yves Kolakowski* | */s/ Noah Kane* |
| Pierre-Yves Kolakowski (ct13318) | Noah Kane, NY Bar #6009682 |
| One Landmark Square, 4th Floor | 68-29 Main Street |

Stamford, Connecticut 06901
Telephone: (203) 622-0900
Email: PKolakowski @zeklaw.com

*Attorney for Defendant*
*LexisNexis Risk Solutions, Inc.*

Flushing, NY
(518) 375-3963
(718) 247-8020
nkane@consumerattorneys.com

Emanuel Kataev, Esq.
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*Niravkumar Vitthalbhai Patel*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2026, I electronically filed the foregoing with the Clerk of

the Court using the ECF system, which will send notice of such filing to all attorneys of record in

this matter.

By: */s/ Noah Kane*
Noah Kane

2