**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL, | Case No.: 3:25-cv-1916 (SVN) |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC. LEXISNEXIS RISK SOLUTIONS INC., | |
| Defendants. | |

**JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT**
**WITH DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.**

Pursuant to the Court's Order [Dkt. No. 29] entered on February 4, 2026, and Court's Order [Dkt. No. 35] entered April 2, 2026, Plaintiff Niravkumar Vitthalbhai Patel ("Plaintiff") and Defendant LexisNexis Risk Solutions Inc. ("LexisNexis Risk") (collectively, the "Parties") by and through their undersigned counsel, respectfully submit this Joint Status Report.

Plaintiff filed a Notice of Settlement for LexisNexis on February 3, 2026 (ECF No. 28). On April 2, 2026 the Parties were directed by the Court to file Stipulation of Dismissal on or before April 6, 2026. On April 3, 2026 the Parties requested the Court to extend the deadline to file dismissal as to LexisNexis Risk to May 6, 2026.

By Court's Order issued April 13, 2026 [ECF 037] the Parties were directed to file stipulation of dismissal as to LexisNexis Risk by May 6, 2026. The parties informing the Court that they are still in the progress to finalize settlement.

The Parties have diligently documented their settlement and expect that they will be able to fully perform the settlement terms (including a stipulated dismissal of LexisNexis) within thirty

(30) days after the current May 6, 2026, deadline.

Therefore, the Parties stipulate and request that the Court extend the deadline to file a Stipulation of Dismissal with Prejudice as to Defendant LexisNexis Risk to June 5, 2026.

RESPECTFULLY SUBMITTED on May 6, 2026.

| | |
|---|---|
| **ZEICHNER ELLMAN & KRAUSE LLP** | **CONSUMER ATTORNEYS PLLC** |
| *By: /s/ Pierre-Yves Kolakowski* | */s/ Noah Kane* |
| Pierre-Yves Kolakowski (ct13318) | Noah Kane, NY Bar #6009682 |
| One Landmark Square, 4th Floor | 68-29 Main Street |
| Stamford, Connecticut 06901 | Flushing, NY |
| Telephone: (203) 622-0900 | (518) 375-3963 |
| Email: PKolakowski @zeklaw.com | (718) 247-8020 |
| | nkane@consumerattorneys.com |
| *Attorney for Defendant* | |
| *LexisNexis Risk Solutions, Inc.* | Emanuel Kataev, Esq. |
| | 6829 Main Street |
| | Flushing, NY 11367-1305 |
| | (718) 412-2421 (office) |
| | (718) 489-4155 (facsimile) |
| | ekataev@consumerattorneys.com |
| | |
| | *Attorneys for Plaintiff* |
| | *Niravkumar Vitthalbhai Patel* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

By: */s/ Noah Kane*
Noah Kane