# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

NIRAVKUMAR VITTHALBHAI PATEL**,**

                Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS,
INC., and LEXISNEXIS RISK SOLUTIONS,
INC.,

                Defendants.

Civil Case No.: 3:25-cv-01916-SVN

**<u>NOTICE OF WITHDRAWAL</u>**

PLEASE TAKE NOTICE that the undersigned, Noah Kane, hereby withdraws as counsel of record for Plaintiff Niravkumar Vitthalbhai Patel in the above-captioned action.

The undersigned entered an appearance, *pro hac vice*, in this action on behalf of Plaintiff while associated with Consumer Attorneys. The undersigned separated from Consumer Attorneys and no longer practices with that firm.

Emanuel Kataev of Sage Legal LLC[1] already appeared on behalf of Plaintiff and remains counsel of record for Plaintiff. The undersigned asserts no retaining or charging lien.

The undersigned respectfully requests that the Court note and approve this withdrawal and that the Clerk terminate the undersigned's appearance and CM/ECF notifications in this action.

Dated: <u>6/8/2026</u>

                */s/Noah Kane*
                Noah Kane
                **Kane Law Firm LLC**
                411 Hackensack Avenue, Suite 200
                Hackensack, NJ 07601
                T: (267) 832-2657
                E: noah@nkanelaw.com

---

[1] Mr. Kataev practices with Consumer Attorneys in the role of "Of Counsel." "Emanuel Kataev," Consumer Attorneys, https://consumerattorneys.com/attorneys/emanuel-kataev (last accessed June 8, 2026).