AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| Niravkumar Vitthalbhai Patel | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:25-cv-01916 (SVN) (TOF) |
| Experian Information Solutions, Inc, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Niravkumar Vitthalbhai Patel                                                                                    .

Date:       06/09/2026                                    /s/ Atid Malka
                                                          *Attorney's signature*

                                                   Atid Malka, GA Bar #705109
                                                    *Printed name and bar number*

                                          2800 N Druid Hills NE, Building A, Suite D,
                                                       Atlanta, GA 30329

                                                           *Address*

                                             amalka@consumerattorneys.com
                                                       *E-mail address*

                                                      (718) 874-2914
                                                    *Telephone number*

                                                      (718) 247-8020
                                                      *FAX number*