**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL, | Case No.: 3:25-cv-1916 (SVN) |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC. LEXISNEXIS RISK SOLUTIONS INC., | |
| Defendants. | |

**JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT
WITH DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.**

Pursuant to the Court's Order [Dkt. No. 42] entered on June 8, 2026, Plaintiff Niravkumar Vitthalbhai Patel ("Plaintiff") and Defendant LexisNexis Risk Solutions Inc. ("LexisNexis Risk") (collectively, the "Parties") by and through their undersigned counsel, respectfully submit this Joint Status Report.

Plaintiff filed a Notice of Settlement as to LexisNexis Risk on February 3, 2026. [ECF No. 28.] On April 2, 2026, the Court directed the parties to file a stipulation of dismissal or joint status report on or before May 6, 2026. [Docket No. 35.] On April 3, 2026, the parties requested an extension of the deadline to file a dismissal as to LexisNexis Risk until May 6, 2026. [ECF No. 36.] The Court granted that request. [Docket No. 37.] On May 6, 2026, the parties filed a second joint status report and requested an additional extension of the deadline to file a dismissal. The Court granted that request and extended the deadline to June 5, 2026. [Docket No. 39.]

By order issued June 8, 2026, the Court directed the parties to file a stipulation of dismissal as to LexisNexis Risk or another joint status report by June 12, 2026. [Docket No. 42.] The parties

hereby inform the Court that they are still in the process of finalizing settlement. The parties have been working together with respect to the substance of information regarding Plaintiff, which is a cooperative process and can at times, as here, take longer than initially expected.

The parties have worked diligently to document their settlement and expect that they will be able to fully perform the settlement terms, including filing a stipulated dismissal of LexisNexis Risk, within forty-five (45) days of the current June 12, 2026, deadline.

Accordingly, the parties respectfully stipulate and request that the Court extend the deadline to file a stipulation of dismissal with prejudice as to Defendant LexisNexis Risk until July 27, 2026.

RESPECTFULLY SUBMITTED on June 12, 2026.

| **ZEICHNER ELLMAN & KRAUSE LLP** | **CONSUMER ATTORNEYS PLLC** |
|---|---|
| *By: /s/ Pierre Kolakowski* | */s/ Atid Malka* |
| Pierre-Yves Kolakowski (ct13318) | Atid Malka (admitted *pro hac vice*) |
| One Landmark Square, 4th Floor | 2800 N. Druid Hills NE, Bldg. A, Ste. D |
| Stamford, Connecticut 06901 | Atlanta, Georgia 30329 |
| Telephone: (203) 622-0900 | Telephone: (718) 874-2914 |
| Email: PKolakowski @zeklaw.com | Email: AMalka@consumerattorneys.com |
| | |
| *Attorney for Defendant* | *Attorneys for Plaintiff* |
| *LexisNexis Risk Solutions, Inc.* | *Niravkumar Vitthalbhai Patel* |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

By: */s/ Max Lukjanski*
Max Lukjanski