**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Niravkumar Vitthalbhai Patel )<br><br>    *Plaintiff*,    )<br><br>    v.    )<br>    )<br>Experian Information Solutions, Inc, et al.  )<br>    )<br>    *Defendants*    )<br>    )<br> _____    ) | CASE NO.3:25-cv-01916-SVN |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 7(e), Defendant Experian Information Solutions, Inc. ("Experian") hereby moves the Court for leave to withdraw the appearance Amanda Price as counsel for Experian in this action and in support states as follows:

1. On January 1, 2026, Amanda C. Price of the law firm Jones Day appeared as counsel of record for Experian in this matter.

2. On June 15, 2026, Riley Wyberg of the law firm Goodwin Procter LLP entered an appearance in this matter.  His contact information is as follows:  Riley Wyberg, 100 Northern Avenue Boston, MA 02210; 617-570-1460; rwyberg@goodwinlaw.com

3. Goodwin Procter LLP will represent Experian in this matter going forward.  Accordingly, the withdrawal of Amanda Price will not delay the adjudication of this matter or otherwise prejudice any party.

4. Experian consents to this request.  All parties have been notified of this request.

   Experian respectfully requests that the Court grant an Order withdrawing Amanda Price as counsel for Experian in this matter.

Dated: June 15, 2026                              Respectfully submitted,


                                                  /s/ Amanda C. Price

                                                  JONES DAY
                                                  Amanda C. Price
                                                  901 Lakeside Ave. E
                                                  Cleveland, Ohio 44114
                                                  Telephone: 216.586.0641
                                                  Email: acprice@jonesday.com

                                                  *Attorney for Defendant*
                                                  *Experian Information Solutions, Inc.*

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on June 15, 2026, I electronically filed the

foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to all

counsel of record.

/s/Amanda C. Price
Amanda C. Price

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

3