**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL**,**<br><br>               Plaintiff,<br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., and LEXISNEXIS RISK SOLUTIONS,<br>INC.,<br><br>               Defendants. | Civil Case No.: 3:25-cv-01916-SVN<br><br>**NOAH KANE'S SECOND NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that the undersigned, Noah Kane, hereby withdraws as counsel of record for Plaintiff Niravkumar Vitthalbhai Patel in the above-captioned action.

The undersigned entered an appearance, *pro hac vice*, in this action on behalf of Plaintiff while associated with Consumer Attorneys. The undersigned separated from Consumer Attorneys and no longer practices with that firm.

Emanuel Kataev of Sage Legal LLC[1] already appeared on behalf of Plaintiff and remains counsel of record for Plaintiff. Atid Malka of Consumer Attorneys has also appeared for Plaintiff and will continue to represent Plaintiff.

The prior motion was served on Plaintiff via email, on June 9, 2026, and receipt was confirmed via a phone call with Plaintiff. Plaintiff was informed that Mr. Kane will be moving to withdraw and has thus received actual notice of the motion.

The undersigned respectfully requests that the Court note and approve this withdrawal and that the Clerk terminate the undersigned's appearance and CM/ECF notifications in this action. The undersigned asserts no retaining or charging lien.

Dated: 6/15/2026

/s/Noah Kane
Noah Kane
**Kane Law Firm LLC**
411 Hackensack Avenue, Suite 200
Hackensack, NJ 07601
T: (267) 832-2657
E: noah@nkanelaw.com

---

[1] Mr. Kataev practices with Consumer Attorneys in the role of "Of Counsel." "Emanuel Kataev," Consumer Attorneys, https://consumerattorneys.com/attorneys/emanuel-kataev (last accessed June 8, 2026).