**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL, | : | Civil Action No.: 3:25-cv-01916-SVN |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION | : | |
| SOLUTIONS, INC., and LEXISNEXIS | : | |
| RISK SOLUTIONS, INC., | : | |
| | : | |
| Defendant. | : | July 13, 2026 |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned on behalf of the Defendant Experian

Information Solutions, Inc. in the above-captioned matter.

DEFENDANT,
EXPERIAN INFORMATION SOLUTIONS, INC.

By: */s/ Danielle M. Palmieri*
     Danielle M. Palmieri CT 31854
     Carmody Torrance Sandak & Hennessey LLP
     195 Church Street, 18th Floor
     P.O. Box 1950
     New Haven, CT 06509-1950
     Telephone: (203) 578-4225
     Fax: (203) 784-3199
     Email: dpalmieri@carmodylaw.com

**CERTIFICATION OF SERVICE**

I hereby certify that on July 13, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: _/s/ Danielle M. Palmieri_
      Danielle M. Palmieri