**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL, | : | Civil Action No.: 3:25-cv-01916-SVN |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION | : | |
| SOLUTIONS, INC., and LEXISNEXIS | : | |
| RISK SOLUTIONS, INC., | : | |
| | : | |
| Defendant. | : | JULY 13, 2026 |

**MOTION TO WITHDRAW APPEARANCE**

Undersigned counsel, Eric J. Herst, hereby moves, pursuant to Local Rule of Civil Procedure 7(e), to withdraw his appearance for Defendant Experian Information Solutions, Inc. ("Experian") in this matter, and in support thereof states as follows:

The movant is departing from Carmody Torrance Sandak and Hennessey LLP. Attorney Danielle Palmieri has appeared on behalf of Experian and Experian will not be prejudiced by the movant's withdrawal. Experian has been informed of this motion.

WHEREFORE, the undersigned respectfully requests that his motion to withdraw appearance be granted.

Dated: July 13, 2026                    Respectfully submitted,


/s/ *Eric J. Herst* (ct31399)
Eric J. Herst (ct31399)
Carmody Torrance Sandak & Hennessey LLP
50 Leavenworth Street
Waterbury, CT 06721-1110
Telephone: 203-573-1200
Fax: 203-575-2600
eherst@carmodylaw.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 13, 2026, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

*/s/ Eric J. Herst* (ct31399)

3