## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL, | Case No.: 3:25-cv-01916-SVN |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC. LEXISNEXIS RISK SOLUTIONS INC., | |
| Defendants. | |

### JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT WITH DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.

Pursuant to the Court's Order [Dkt. No. 43] entered on June 16, 2026, Plaintiff Niravkumar Vitthalbhai Patel ("Plaintiff") and Defendant LexisNexis Risk Solutions Inc. ("LexisNexis Risk") (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Status Report.

Plaintiff filed a Notice of Settlement as to LexisNexis Risk on February 3, 2026. [ECF No. 28.] Since that time, the Parties have filed several joint status reports regarding the progress of settlement, and the Court has extended the deadline to file a stipulated dismissal while the Parties complete performance of the settlement terms. Most recently, by Order entered June 16, 2026, the Court extended the deadline for the Parties to file a stipulation of dismissal until July 27, 2026. [Dkt. No. 43.]

The Parties respectfully inform the Court that they continue to finalize the settlement and complete the remaining settlement-related obligations. The Parties have been working

cooperatively and diligently to complete the settlement and anticipate that they will be able to fully perform the settlement terms, including filing a stipulated dismissal of LexisNexis Risk, within thirty (30) days of the current July 27, 2026, deadline.

Accordingly, the Parties respectfully stipulate and request that the Court extend the deadline to file a Stipulation of Dismissal with Prejudice as to Defendant LexisNexis Risk until August 26, 2026.

RESPECTFULLY SUBMITTED on July 27, 2026.

| | |
|---|---|
| */s/ Atid Malka* | */s/ Pierre-Yves Kolakowski* |
| Atid Malka (*Admitted Pro Hac Vice*) | Pierre-Yves Kolakowski (ct13318) |
| 2800 N. Druid Hills NE, Bldg. A, Ste. D | ZEICHNER ELLMAN & KRAUSE LLP |
| Atlanta, Georgia 30329 | One Landmark Square, 4th Floor |
| Telephone: (718) 874-2914 | Stamford, Connecticut 06901 |
| Email: AMalka@consumerattorneys.com | Telephone: (203) 622-0900 |
| | Email: PKolakowski @zeklaw.com |
| *Attorneys for Plaintiff* | |
| *Niravkumar Vitthalbhai Patel* | *Attorney for Defendant LexisNexis* |
| | *Risk Solutions, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Max Lukjanski*
Max Lukjanski

2