**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL,<br><br>      Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC. AND LEXISNEXIS RISK SOLUTIONS,<br>INC.<br><br>      Defendants. | Case No. 3:25-cv-01916-SVN<br><br><br>July 29, 2026 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Riley Wyberg, who is admitted *pro hac vice* to practice in

this Court, hereby enters his appearance in this matter as counsel for Defendant Experian

Information Solutions, Inc.

DEFENDANT,
EXPERIAN INFORMATION SOLUTIONS, INC.

By:  */s/ Riley Wyberg*
    Riley Wyberg (*pro hac vice* granted)
    Goodwin Procter LLP
    100 Northern Avenue
    Boston, MA 02210
    Telephone.: (617) 570-1460
    Email: RWyberg@goodwinlaw.com

**CERTIFICATION OF SERVICE**

I hereby certify that on July 29, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: _/s/ Riley Wyberg_
       Riley Wyberg