**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL, | Case No.: 3:25-cv-01916-SVN |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC. LEXISNEXIS RISK SOLUTIONS INC., | |
| Defendants. | |

**JOINT STATUS REPORT OF THE PARTIES**

Pursuant to the Court's Order requiring the parties to submit a Joint Status Report on or before July 31, 2026, Plaintiff Niravkumar Vitthalbhai Patel ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (collectively, the "Parties") respectfully submit this Joint Status Report.

**I.      Discovery**

The parties have exchanged initial disclosures, written discovery, and document productions.

On February 17, 2026, the parties exchanged initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). On February 19, 2026, Plaintiff served his initial document production.

On April 27, 2026, Experian served its Responses and Objections to Plaintiff's First Set of Discovery Requests, including responses to Plaintiff's First Set of Requests for Admission, Requests for Production, and Interrogatories, along with its responsive document production.

On May 4, 2026, Plaintiff served his Responses to Experian's First Set of Discovery Requests, including responses to Experian's First Set of Interrogatories, Requests for Admission, and Requests for Production, along with Plaintiff's additional document production designated as CONFIDENTIAL.

The parties continue to conduct discovery and are coordinating the scheduling of depositions. No depositions have been completed as of the date of this Joint Status Report. The parties anticipate completing the remaining discovery, including depositions and expert discovery, in accordance with the deadlines set by the Court.

## II.    Extensions of Remaining Deadlines

The parties are evaluating the scheduling of depositions and the completion of remaining discovery. The parties anticipate that, if necessary, they may seek an extension of remaining discovery deadlines.

Dated: July 31, 2026

*/s/ Atid Malka*
Atid Malka (*Admitted Pro Hac Vice*)
2800 N. Druid Hills NE, Bldg. A, Ste. D
Atlanta, Georgia 30329
Telephone: (718) 874-2914
Email: AMalka@consumerattorneys.com

*Attorneys for Plaintiff*
*Niravkumar Vitthalbhai Patel*

*/s/ Riley Wyberg*
Riley Wyberg (*pro hac vice granted*)
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Telephone.: (617) 570-1460
Email: RWyberg@goodwinlaw.com

Danielle M. Palmieri CT 31854
Carmody Torrance Sandak & Hennessey LLP

195 Church Street, 18th Floor
P.O. Box 1950
New Haven, CT 06509-1950
Telephone: (203) 578-4225
Fax: (203) 784-3199
Email: dpalmieri@carmodylaw.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Max Lukjanski*
Max Lukjanski