**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; LEXISNEXIS RISK SOLUTIONS INC.,<br><br>Defendants. | Case No.: 3:25-cv-1916 (SVN) |

**JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT WITH DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.**

Pursuant to the Court's Order [Dkt. No. 60] entered on July 28, 2026, Plaintiff Niravkumar Vitthalbhai Patel ("Plaintiff") and Defendant LexisNexis Risk Solutions Inc. ("LexisNexis Risk") (collectively, the "Parties") by and through their undersigned counsel, respectfully submit this Joint Status Report.

Plaintiff filed a Notice of Settlement as to LexisNexis Risk on February 3, 2026. [Dkt. No. 28.] Since then, the parties have filed multiple status reports and extension requests regarding the deadline to file a stipulation of dismissal, all of which the Court granted. [Dkt. Nos. 35–37, 39, 42, 46, 50, and 59.] By order issued July 28, 2026, the Court directed the parties to file another joint status report on the Progress of Settlement and Stipulation to Extend Deadline for Dismissal by August 26, 2026. [Dkt. No. 60].

The parties hereby inform the Court that they are still in the process of finalizing settlement. The parties have agreed the terms of the settlement agreement. The parties are still working together to finalize certain details regarding the substance of information regarding Plaintiff, which

the parties' agreement contemplates must be completed prior to the filing of the stipulation dismissal. This is a cooperative process that the parties are working through together, and one that can at times, as here, take longer than initially expected.

The parties have worked diligently to document their settlement and expect that they will be able to fully perform the settlement terms, including filing a stipulated dismissal of LexisNexis Risk, within forty-five (45) days of the current August 26, 2026, deadline.

Accordingly, the parties respectfully stipulate and request that the Court extend the deadline to file a stipulation of dismissal with prejudice as to Defendant LexisNexis Risk to Tuesday, October 13, 2026.

RESPECTFULLY SUBMITTED on August 26, 2026.

**ZEICHNER ELLMAN & KRAUSE LLP**

*By: /s/* ________________
Pierre-Yves Kolakowski (ct13318)
One Landmark Square, 4th Floor
Stamford, Connecticut 06901
Telephone: (203) 622-0900
Email: PKolakowski@zeklaw.com

*Attorney for Defendant*
*LexisNexis Risk Solutions, Inc.*

**CONSUMER ATTORNEYS PLLC**

*/s/* __________________
Atid Malka (admitted *pro hac vice*)
2800 N. Druid Hills NE, Bldg. A, Ste. D
Atlanta, Georgia 30329
Telephone: (718) 874-2914
Email: AMalka@consumerattorneys.com

*Attorneys for Plaintiff*
*Niravkumar Vitthalbhai Patel*