**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. LEXISNEXIS RISK SOLUTIONS INC.,<br><br>Defendants. | Case No.: 3:25-cv-1916-SVN |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT LEXISNEXIS RISK SOLUTIONS INC. ONLY**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Niravkumar Vitthalbhai Patel and Defendant LexisNexis Risk Solutions Inc. ("LexisNexis Risk"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant LexisNexis Risk only, with each party to bear their own costs and fees.

RESPECTFULLY SUBMITTED on October 13, 2026.

**ZEICHNER ELLMAN & KRAUSE LLP**
*By: /s/ Pierre-Yves Kolakowski*
Pierre-Yves Kolakowski (ct13318)
One Landmark Square, 4th Floor
Stamford, Connecticut 06901
Telephone: (203) 622-0900
Email: PKolakowski @zeklaw.com

*Attorney for Defendant*
*LexisNexis Risk Solutions, Inc.*

**CONSUMER ATTORNEYS PLLC**
*/s/ Atid Malka*
Atid Malka (*Admitted Pro Hac Vice*)
2800 N. Druid Hills NE, Bldg. A, Ste. D
Atlanta, Georgia 30329
Telephone: (718) 874-2914
Email: AMalka@consumerattorneys.com

*Attorneys for Plaintiff*
*Niravkumar Vitthalbhai Patel*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Max Lukjanski*
Max Lukjanski