**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. LEXISNEXIS RISK SOLUTIONS INC.,<br><br>Defendants. | Case No.: 3:25-cv-01916-SVN |

**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION OF DISMISSAL WITH DEFENDANT LEXISNEXIS RISK SOLUTIONS INC. ONLY**

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant LexisNexis Risk Solutions Inc., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant LexisNexis Risk Solutions Inc.

**IT IS SO ORDERED.**

Dated: ______________

_________________________________
SARALA V. NAGALA
UNITED STATES DISTRICT JUDGE