**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; LEXISNEXIS RISK SOLUTIONS INC.,<br><br>Defendants. | Case No.: 3:25-cv-1916 (SVN) |

**NOTICE OF SETTLEMENT**
**AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

**NOTICE IS HEREBY GIVEN** that Plaintiff Niravkumar Vitthalbhai Patel and Defendant Experian Information Solutions, Inc. ("Experian") have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: October 29, 2026

*/s/ Atid Malka*
Atid Malka (*Admitted Pro Hac Vice*)
CONSUMER ATTORNEYS PLLC
2800 N. Druid Hills NE, Bldg. A, Ste. D
Atlanta, Georgia 30329
Telephone: (718) 874-2914

Email: amalka@consumerattorneys.com

*Attorneys for Plaintiff*
*Niravkumar Vitthalbhai Patel*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: *<u>/s/ Max Lukjanski</u>*
Max Lukjanski